Michael K. Wall, Esq. (2098)
Scott A. Flinders, Esq. (6975)
David W. Gutke, Esq. (9820)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
mhutchison@hutchlegal.com
sflinders@hutchlegal.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| G. CLINTON MERRICK, JR., an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CHARLES SASSER, an individual,<br><br>  Defendant. | Case No.: 2:10-CV-00807-JCM-LRL<br><br>**NOTICE TO WITHDRAW PLAINTIFF/COUNTERDEFENDANT G. CLINTON MERRICK, JR.'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS** |
| CHARLES SASSER, an individual,<br><br>  Counterclaimant,<br><br>v.<br><br>G. CLINTON MERRICK, JR., an individual,<br><br>  Counterdefendant | |

///
///
///
///
///
///
///

Plaintiff Clinton Merrick hereby withdraws his motion for an order compelling Defendant Charles Sasser to respond to written discovery (#27) as Defendant's answers have now been received by Plaintiff.

DATED this 19 day of April, 2011.

HUTCHISON & STEFFEN, LLC

_____
Mark A. Hutchison, Esq.
Scott A. Flinders, Esq.
David W. Gutke, Esq.
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086

*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:        4-20-11

2

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, LLC., and that on April 19, 2011, I caused the above and foregoing document entitled **NOTICE TO WITHDRAW PLAINTIFF/COUNTERDEFENDANT G. CLINTON MERRICK, JR.'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS** to be served as follows:

- ☒ Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, to be served **via electronic service**;
- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;
- ☐ Pursuant to FRCP 5(b)(2)(D), to be sent **via facsimile**;
- ☐ to be hand-delivered

to the attorney(s) listed below at the address and/or facsimile number indicated below:

Thomas G. Ryan, Esq.
Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169-5996
*Attorney for Defendant*

_____
An employee of Hutchison & Steffen, LLC

3