Thomas G. Ryan
Nevada Bar No. 9378
tryan@lrlaw.com
Lindsay Demaree
Nevada Bar No. 11949
ldemaree@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)
*Attorneys for defendant/counterclaimant Charles Sasser*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| G. CLINTON MERRICK, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SASSER, an individual,<br><br>Defendant.<br><br>CHARLES SASSER, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>G. CLINTON MERRICK, JR., an individual,<br><br>Counterdefendant. | Case No.: 2:10-cv-00807-JCM-LRL<br><br>**DEFENDANT/COUNTERCLAIMANT CHARLES SASSER'S MOTION FOR LEAVE TO FILE ADDENDUM (WITH EXHIBITS) UNDER SEAL** |

Pursuant to Local Rule 10-5, defendant/counterclaimant Charles Sasser moves for leave to file under seal an addendum. (*See* Doc. 38.) This addendum contains information regarding plaintiff/counterdefendant G. Clinton Merrick, Jr.'s settlement agreement with Paul Revere and Unum Provident, defendants in United States District Court for the District of Nevada Case No. 2:00-cv-00731. Sasser is informed that this settlement agreement contains a confidentiality provision that appears to preclude the parties and their counsel from disclosing information relating to the settlement in public court records. Sasser has agreed, in this action, to abide by this confidentiality provision, subject to his ability to seek relief, as may be necessary, from this Court.

     The amount of the settlement in the Paul Revere Case, as well as the amount of Sasser's share of the contingent fee, which is currently being held in the trust account of attorney Julie Mersch, one of Sasser's co-counsel in the Paul Revere Case, pending the outcome of this action, is clearly relevant to this action generally and, more specifically, to his simultaneously-filed motion for summary judgment. As a result of the confidentiality provision, however, neither the settlement amount nor the amount of Sasser's escrowed contingent fee have been disclosed in Sasser's motion or exhibits thereto. Instead, Sasser requests leave to file the attached addendum under seal. The addendum, which is for the Court's consideration in connection with the Court's disposition of Sasser's motion, discloses both the settlement amount reached in the Paul Revere Case and the amount held in Ms. Mersch's trust account representing Sasser's share of the contingent fee. Accordingly, this information is provisionally filed under seal, as required by Local Rule 10-5.

     DATED this 9th day of September, 2011.

                                             LEWIS AND ROCA, LLP

                                             By:  *Thomas G. Ryan*
Thomas G. Ryan
Nevada Bar No. 9378
Lindsay Demaree
Nevada Bar No. 11949
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for defendant/counterclaimant Charles Sasser*

**IT IS SO ORDERED.**

*/s/ Leavitt*

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____9-23-11_____

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

583257.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Scott A. Flinders
David W. Gutke
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, NV  89145

DATED this 9th day of September, 2011.

*/s/ Judy Estrada*
An Employee of Lewis and Roca LLP